**Order filed March 5, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00850-CV

**EMILY SUZANNE FELAND, Appellant**

**V.**

**DANIEL JOHN FELAND, Appellee**

**On Appeal from the County Court at Law
Austin County, Texas
Trial Court Cause No. 2016L-6652**

## O R D E R

Appellant's brief discloses the names of persons who were minors when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3), (b). Accordingly, the brief is **STRICKEN**.

Appellant is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before **March 16, 2020**.

PER CURIAM